Michael K. Wall (2098)
Richard L. Doxey (9005)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
mwall@hutchlegal.com
rdoxey@hutchlegal.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RALPH KORTE REVOCABLE INDENTURE OF TRUST DATED AUGUST 4, 1980,<br><br>    Plaintiff(s),<br><br>v.<br><br>BRENT R. DYER, II, an individual,<br><br>    Defendant(s). | CASE NO.:   2:11-cv-01076<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The undersigned parties stipulate and agree to dismiss the above action with prejudice, each party bearing their own fees and costs.

Dated this 29th day of February, 2012.

| HUTCHISON & STEFFEN, LLC | SNELL & WILMER, LLP |
|---|---|
| /s/ Richard L. Doxey | /s/ Justin Carley |
| Michael K. Wall (2098)<br>Richard L. Doxey (9005)<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant* | Patrick G. Byrne (7636)<br>Justin Carley (9994)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED** this 5th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge