Michael K. Wall (2098)
Richard L. Doxey (9005)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
mwall@hutchlegal.com
rdoxey@hutchlegal.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RALPH KORTE REVOCABLE INDENTURE OF TRUST DATED AUGUST 4, 1980, <br><br> Plaintiff(s), <br><br> v. <br><br> BRENT R. DYER, II, an individual, <br><br> Defendant(s). | CASE NO.:   2:11-cv-01076 <br><br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

The undersigned parties stipulate and agree to dismiss the above action with prejudice, each party bearing their own fees and costs.

Dated this 29th day of February, 2012.

HUTCHISON & STEFFEN, LLC

*/s/ Richard L. Doxey*

Michael K. Wall (2098)
Richard L. Doxey (9005)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant*

SNELL & WILMER, LLP

*/s/ Justin Carley*

Patrick G. Byrne (7636)
Justin Carley (9994)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*

**IT IS SO ORDERED** this 5th day of March, 2012.

Gloria M. Navarro
United States District Judge

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145